# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07-cr-00037-IPJ-JEO |
| | ) | |
| JASON CLARK DILL | ) | |

## **MEMORANDUM OPINION**

This matter is before the court on the defendant's motion to suppress any evidence that was seized when officers searched his residence. (Doc. 45). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to suppress the evidence (doc. 45) is due to be denied.

**DONE**, this 26th day of March 2007.

*[signature]*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE